NUMBER 13-11-00268-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

MARIA ELENA GUAJARDO,
                                                     Appellant,

 

                                                             v.

 

DONALD NEAL,                                                                              Appellee.


____________________________________________________________

 

                     On
appeal from the County Court at Law No. 5

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                               Before
Justices Garza, Vela, and Perkes

Memorandum Opinion
Per Curiam

 








Appellant,
Maria Elena Guajardo, filed an appeal from a judgment entered by the County
Court at Law No. 5 of Hidalgo County, Texas, in cause number CL-10-2342-E.  Appellant
has filed a motion dismiss the appeal on grounds that the trial court has
signed an order granting a motion for new trial.  Appellant requests that this
Court dismiss the appeal.

The
Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a). 
Appellant’s motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of the
parties, the court will tax costs against the appellant.").  Having
dismissed the appeal at appellant’s request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed 

the 9th day of June, 2011.